April 30, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

TANGLEWOOD HOMES ASSOCIATION, INC., Appellant

NO. 14-11-01088-CV                    V.

STEWART A. FELDMAN, MARLA B. FELDMAN, AND MICHAEL T. KELLY, TRUSTEE, Appellees

_____

STEWART A. FELDMAN, MARLA B. FELDMAN, AND MICHAEL T. KELLY, TRUSTEE, Appellants

NO. 14-11-01089-CV                    V.

TANGLEWOOD HOMES ASSOCIATION, INC., Appellee

_____

This cause, a consolidated appeal from the judgment in favor of appellees and cross-appellants, Stewart A. Feldman, Marla B. Feldman, and Michael T. Kelly, Trustee, signed, December 22, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the portion of the trial court's judgment awarding monetary damages to Stewart A. Feldman, Marla B. Feldman, and Michael T. Kelly, Trustee, and we **RENDER** judgment that they take nothing on their causes of action seeking monetary damages.  In addition, we **REVERSE** the portion of the trial court's judgment awarding attorneys' fees to Stewart A. Feldman, Marla B. Feldman, and

Michael T. Kelly, Trustee, and **RENDER** judgment that they take nothing on their claims for attorneys' fees. We **AFFIRM** the remainder of the judgment.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.